**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01504-CR

### DAVID JUAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-00872-M

## ORDER

The Court **REINSTATES** the appeal.

On September 13, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent, but on July 11, 2013 J. Daniel Oliphant substituted in as retained counsel; (3) Mr. Oliphant stated that he has not abandoned the appeal, but at the November 20, 2013 hearing, the trial court allowed Mr. Oliphant to withdraw as counsel; (4) the trial court has reappointed Deborah Farris to represent appellant in the appeal; and (5) Ms. Farris should be given thirty days from the November 20, 2013 hearing to file appellant's brief.

We **DIRECT** the Clerk to substitute Deborah Farris as appellant's attorney in place of J. Daniel Oliphant.

We **ORDER** appellant to file his brief by **JANUARY 3, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Deborah Farris and to the Dallas County District Attorney's Office.

/s/    DAVID EVANS
         JUSTICE